IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JENNIFER K. MINNEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant | No. C13-0037<br><br>ORDER GRANTING APPLICATION<br>FOR ATTORNEY FEES |

_____

This matter comes before the Court on the Application for Attorneys Fees Under the Equal Access to Justice Act (docket number 18) filed by the Plaintiff on June 2, 2014, and the Response (docket number 19) filed by the Defendant on June 13, 2014. Plaintiff requests that the Court order attorney fees in the amount of $6,027.89 and costs in the amount of $350.00. According to Defendant's response, "defendant and plaintiff agree to an award of EAJA fees and expenses in the amount of $5,600.00." The Court finds the motion should be granted in the reduced amount.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Application for Fees (docket number 18) is **GRANTED** in the reduced amount agreed to by counsel, as reflected in the response. Judgment will be entered in favor of the Plaintiff for attorney fees in the amount of Five Thousand Six Hundred Dollars ($5,600) to be paid by the Social Security Administration, and costs in the amount of Three Hundred Fifty Dollars ($350.00) to be paid by the Judgment Fund administered by the Department of the Treasury.

DATED this 13th day of June, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA